

# IN THE
# TENTH COURT OF APPEALS

No. 10-12-00169-CR

**TONY EUGENE BEARD,**

Appellant

v.

**THE STATE OF TEXAS,**

Appellee

**From the County Court**
**Limestone County, Texas**
**Trial Court No. 35374**

## ORDER

The submission of this appeal on October 10, 2013 is set aside.

The Court requests no more than five pages of additional briefing from each party on the issue of preservation/waiver in light of the Court of Criminal Appeals' opinion in *Thomas v. State*, No. PD-1454-12, 2013 Tex. Crim. App. LEXIS 1463 (Tex. Crim. App. Sept. 25, 2013), and specifically in reference to trial counsel's statement, "no objection," to State's Exhibit Number 3. *See* RR V, p. 143, (copy attached).

This supplemental briefing from each party is due 14 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Supplemental briefing ordered
Order issued and filed October 10, 2013